# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL SIMONDS, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case No. C08-440RSL |
| S.S.I., *et al.*, | |
| Defendants. | |

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

The Report and Recommendation is adopted and approved. Plaintiff's case is DISMISSED without prejudice.

Dated this 21st day of April, 2008.

BRUCE RIFKIN
Clerk

Rhonda Stiles
Deputy Clerk