UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL SIMONDS,

        Plaintiff,

    v.

S.S.I., *et al.*,

        Defendants.

CASE NO. C08-0440RSL

ORDER STRIKING DOCUMENTS

        On April 21, 2008, plaintiff's claims were dismissed without prejudice because the complaint was unintelligible, contained inappropriate statements, and failed clearly to identify the defendants. Judgment was entered by the Clerk of Court on the same day. Plaintiff has filed three additional papers in the above-captioned matter, including objections to the dismissal.

        To the extent Dkt. # 12 could be considered a motion for reconsideration, plaintiff has failed to show "manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier without reasonable diligence." Local Civil Rule 7(h)(1). Because this matter has been finally resolved and there is no indication that plaintiff has any evidence or arguments that could justify reconsideration or the reopening of the case, the following papers are hereby stricken:

ORDER STRIKING DOCUMENTS – 1

1       Dkt. # 10 (filed April 23, 2008) and

2       Dkt. # 11 (filed April 24, 2008).

3 Neither the Clerk of Court nor the Court itself will take any further action on or consider the

4 contents of these two papers.

5

6       Dated this 1st day of May, 2008.

7

8                /s/ Robert S. Lasnik
                 Robert S. Lasnik

9                  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER STRIKING DOCUMENTS – 2